Frank DOUGLAS, Plaintiff–Appellant,

v.

Tammy SCOTT, Bank Teller; First Citi-
zens Bank, in Beech Island, South
Carolina, Defendants–Appellees.

No. 02–7851.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 6, 2003.

Decided Feb. 13, 2003.

Frank Douglas, Appellant Pro Se.

Before WILKINS, MICHAEL, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Frank Douglas appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Douglas v. Scott,* No. CA–02–2378 (D.S.C. Nov. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*